**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:05-cr-348-JCM |
| MARIA GAUDALUPE SANDOVAL, | ) |
| Defendant. | ) |

**ORDER**

Presently before the court is defendant Maria Guadalupe Sandoval's motion to exonerate bond. (Doc. #94). The government has not filed a response.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government file an opposition or otherwise respond to the motion to exonerate bond on or before January 5, 2012. Defendant may file a reply within 14 days of the government's response.

DATED this 23rd day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE